UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVID ELLINGTON, ) | Case No. CV 06-2023 AG(JC) |
| Petitioner, ) | |
| ) | (PROPOSED) JUDGMENT |
| v. ) | |
| TOM L. CAREY, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 1, 2010

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE